UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

STEPHNI F. MCNEAL

CIVIL ACTION NO. 04-1601-A

-vs-

JUDGE DRELL

AVOYELLES PARISH SCHOOL BOARD
and THE STATE OF LOUISIANA,
THROUGH LOUISIANA
DEPARTMENT OF EDUCATION

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For written reasons set forth in the Ruling filed on this date, the motion for summary judgment filed by the State of Louisiana, through the Louisiana Department of Education ("DOE") [Doc. #10], is GRANTED. Accordingly, the complaint against DOE is DISMISSED WITH PREJUDICE to any refiling of this suit in federal court BUT without prejudice to any available state court remedies.

SIGNED on this 17th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge